IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SARA E. EPPARD,** *et al.,*

    **Plaintiffs,**

  **vs.**                                                                  **Civil Action 2:09-CV-234**
                                                                        **Judge Smith**
                                                                        **Magistrate Judge King**

**VIAQUEST, INC.,** *et al.,*

    **Defendants.**

## ORDER

On August 30, 2010, following a fairness hearing pursuant to Fed. R. Civ. P. 23(e), the United States Magistrate Judge issued a *Report and Recommendation,* Doc. No. 57, recommending that the Court adopt the parties' proposed final order and judgment approving settlement, attached as Exhibit D. to *Joint Motion to Approve*, Doc. No. 51. Although the parties were advised of their right to file objections to the *Report and Recommendation* and of the consequences of their failure to do so, Doc. No. 57, there has nevertheless been no objection to the *Report and Recommendation.*

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. The Court will forthwith approve the parties' proposed final order and judgment.

The Court notes that the issue of attorney's fees remains for resolution and is scheduled for oral argument before the Magistrate Judge on October 20, 2010. *Report and Recommendation*, at 3.

                                                   *s/George C. Smith*
                                                  George C. Smith, Judge
                                          United States District Court